# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLINTON STRANGE** : | **CIVIL ACTION** |
| *Plaintiff-pro se* : | |
| : | **NO. 18-4032** |
| **v.** : | |
| : | |
| **COMCAST CORPORATION d/b/a** : | |
| **XFINITY** : | |
| *Defendant* : | |

# ORDER

**AND NOW**, this 14th day of December 2018, upon consideration of Defendant's *motion to compel arbitration and stay litigation*, [ECF 7], Plaintiff's opposition thereto, [ECF 8], Defendant's reply, [ECF 11], and the allegations contained in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion is **GRANTED**, and this action is **STAYED** pending the completion of the arbitration proceedings.

The Clerk of Court is directed to place this matter in civil suspense.

                                           **BY THE COURT:**

                                           */s/ Nitza I. Quiñones Alejandro*
                                           **NITZA I. QUIÑONES ALEJANDRO**
                                           *Judge, United States District Court*